**Opinion issued July 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00147-CV

_____

## WC RED OAK MEDICAL LP, Appellant

## V.

## PROSPERITY BANK, Appellees

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-02829**

---

## MEMORANDUM OPINION

Appellant's brief was due to be filed on May 6, 2024. On May 14, 2024, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not respond or file a brief or motion for extension.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.